Bryce A. Dodds, Bar No. 283491
**THE LAW OFFICE OF BRYCE A. DODDS**
100 E. San Marcos Blvd., Suite 400
San Marcos, CA 92069
Telephone:  (760) 593-7353
Facsimile:   (760) 593-4845
Email: bdodds@brycedoddslaw.com

Omri A. Ben-Ari, Bar No. 291517
Chris T. Nguyen, Bar No. 259922
**BEN-ARI & NGUYEN, LLP**
2372 Morse Avenue, Suite 282
Irvine, CA 92614
Telephone:  (866) 651-6118
Facsimile:   (888) 662-2183
Emails: ob@banllp.com; cn@banllp.com
Attorneys for Plaintiff FABIAN GAITAN

Vartan S. Madoyan, Bar No. 279015
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:  310.820.8800
Facsimile:   310.820.8859
Email:  vmadoyan@bakerlaw.com

Todd H. Lebowitz (*Pro Hac Vice*)
(Ohio Bar No. 0068428)
**BAKER & HOSTETLER LLP**
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
Telephone:  216.621.0200
Facsimile:   216.696.0740
Email:  tlebowitz@bakerlaw.com
Attorneys for Defendant THE SHERWIN-WILLIAMS COMPANY

## IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

| | |
|---|---|
| FABIAN GAITAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE SHERWIN-WILLIAMS COMPANY, an Ohio corporation, and DOES 1-10,<br><br>Defendants. | Case No.: 16CV2105-AJB-BGS<br><br>[The Honorable Anthony J. Battaglia]<br><br>**JOINT STIPULATION AND REQUEST FOR DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE AND CLASS CLAIMS WITHOUT PREJUDICE**<br><br>[F.R.C.P. 41(a)]<br><br>Complaint Filed: Aug. 19, 2016<br>Trial Date: None Set |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by
2  and through their respective counsel, hereby stipulate with respect to the above-
3  captioned lawsuit as follows:
4      1.    That all of plaintiff Fabian Gaitan's ("Plaintiff") claims in this lawsuit
5  alone are hereby dismissed with prejudice and do not include any claims alleged in
6  or arising from the first-filed *Gaitan v. The Sherwin-Williams Company*, case
7  number 3:16-cv-01670-L-NLS (S.D. Cal.);
8      2.    That in exchange for the dismissal of such claims with prejudice, The
9  Sherwin-Williams Company ("Defendant") waives any claim for recovery of its
10 attorneys' fees, costs, or expenses in connection with the defense of this lawsuit;
11     3.    That no further consideration is being exchanged between Plaintiff
12 and Defendant in connection with the dismissal of Plaintiff's claims with prejudice
13 or Defendant's agreement not to seek recovery of recovery of its attorneys' fees,
14 costs, or expenses; and
15     4.    That the claims made in this lawsuit by Plaintiff on behalf of the
16 unnamed members of the putative class are hereby dismissed without prejudice;
17 and,
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

5. That each party shall bear its own costs, expenses, and attorneys' fees in this action.

Respectfully submitted,

Dated: November 1, 2016       THE LAW OFFICE OF BRYCE A. DODDS

By: *s/ Bryce A. Dodds*
Bryce A. Dodds

Dated: November 1, 2016       BEN-ARI & NGUYEN, LLP

By: *s/ Omri A. Ben-Ari*
Omri A. Ben-Ari
Chris T. Nguyen

Attorneys for Plaintiff FABIAN GAITAN

Dated: November 1, 2016       BAKER & HOSTETLER LLP

By: *s/ Todd H. Lebowitz*
Vartan S. Madoyan
Todd H. Lebowitz (*Pro Hac Vice*)

Attorneys for Defendant
THE SHERWIN-WILLIAMS COMPANY

I, Bryce A. Dodds, attest that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.