# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN GAITAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE SHERWIN-WILLIAMS COMPANY, an Ohio corporation, and DOES 1-10,<br><br>Defendants. | Case No.: 3:16-cv-02105-AJB-BGS<br><br>**ORDER GRANTING THE JOINT STIPULATION AND REQUEST FOR DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE AND CLASS CLAIMS WITHOUT PREJUDICE**<br><br>**(Doc. No. 12)** |

1  The Court, having read and considered the "Joint Stipulation and Request for
2  Dismissal of Plaintiff's Claims with Prejudice and Class Claims Without Prejudice"
3  ("Request") submitted by the parties,
4  IT IS HEREBY ORDERED that the Request is GRANTED and the
5  Complaint is dismissed with prejudice as to plaintiff Fabian Gaitan's individual
6  claims and dismissed without prejudice as to the putative class's claims.
7  IT IS SO ORDERED.

Dated: November 14, 2016

*[signature]*
Hon. Anthony J. Battaglia
United States District Judge